Decided February 5, 1996

### RICHARD W. BALLARD ET AL. *v.* ASSET RECOVERY MANAGEMENT COMPANY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 39 Conn. App. 805 (AC 14148), is denied.

*Michael S. McKenna*, in support of the petition.

*Joseph P. Secola*, in opposition.

Decided February 5, 1996

### STATE OF CONNECTICUT *v.* BRUCE FELDER

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 840 (AC 13501/13503), is denied.

*Matthew J. Collins*, in support of the petition.

*James A. Killen*, assistant state's attorney, in opposition.

Decided February 5, 1996